158 A.3d 77

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Josue FIGUEROA, Petitioner**

**No. 331 MAL 2016**

Supreme Court of Pennsylvania.

September 27, 2016

## ORDER

PER CURIAM

**AND NOW,** this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Wecht did not participate in the consideration or decision of this matter.